Sean K. Claggett, Esq.
Nevada Bar No. 008407
Matthew S. Granda, Esq.
Nevada Bar No. 012753
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
mgranda@claggettlaw.com
*Attorneys for Plaintiff, Gary Mills*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY MILLS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>VERIPRO SOLUTIONS, INC., a Delaware Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00613-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, GARY MILLS, by and through his counsel of record, CLAGGETT & SYKES LAW FIRM, and Defendant, VERIPRO SOLUTIONS, INC., by and through its counsel of record, AKERMAN LLP, that the Complaint filed by Plaintiff, and each and every cause of action alleged therein,

///
///
///
///
///
///

be dismissed **WITH PREJUDICE**, each side to bear its own attorney fees and costs.

Respectfully submitted this 3rd day of ~~March~~ APRIL, 2017.

| CLAGGETT & SYKES LAW FIRM | AKERMAN LLP |
|---|---|
| /s/ SEAN K. CLAGGETT | /s/ MELANIE D. MORGAN |
| SEAN K. CLAGGETT, ESQ. | MELANIE D. MORGAN, ESQ. |
| Nevada Bar No. 008407 | Nevada Bar No. 8215 |
| MATTHEW S. GRANDA, ESQ. | REX D. GARNER, ESQ. |
| Nevada Bar No. 012753 | Nevada Bar No. 9401 |
| 4101 Meadows Lane, Suite 100 | 1160 Town Center Drive, Suite 330 |
| Las Vegas, Nevada 89107 | Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant,* |
| GARY MILLS | VERIPRO SOLUTIONS, INC. |

## ORDER

IT IS SO ORDERED tha the Complaint filed by Plaintiff, GARY MILLS, and the against Defendant, VERIPRO SOLUTIONS, INC., is hereby dismissed, **WITH PREJUDICE**, with each party to bear their own attorney's fees and costs.

DATED this 19 day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
CLAGGETT & SYKES LAW FIRM

/s/ SEAN K. CLAGGETT
_____
SEAN K. CLAGGETT, Esq.
Nevada Bar No. 008407
MATTHEW S. GRANDA, ESQ.
Nevada Bar No. 012753
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
*Attorney for Plaintiff,*
*Gary Mills*